**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

**Tel:  626-799-9797**
**Fax:  626-799-9795**
**TPRLA@att.net**

**Attorneys for Plaintiffs**
**Garden City Boxing Club, Inc.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Garden City Boxing Club, Inc.** | **CASE NO. C 07-04707 JL** |
| **Plaintiff,** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)** |
| **vs.** | |
| **Manuel Gonzalez Rodriguez, et al.** | |
| **Defendant.** | |

Plaintiff Garden City Boxing Club, Inc., hereby applies *ex parte* for an order continuing the initial Case Management Conference in this action, presently set for Wednesday, December 19, 2007 at 10:30 a.m. to a new date approximately forty-five (45) to sixty (60) days forward. This request is necessitated by the fact that Plaintiff is currently attempting to perfect service of process of the suit papers as to the defendant named to this action.

As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

///

///

///

///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. CV 07-04707 JL
PAGE 1

**Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Wednesday, December 19, 2007 to a new date approximately forty-five (45) to sixty (60) days forward in order that a responsive pleading may be filed by the defendant and Plaintiff's counsel may thereafter confer with the defendant and/or defendant's counsel and thereafter prepare and file a joint Case Management Conference Statement for the Court's review.

Respectfully submitted,

Dated: November 29, 2007

/s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Garden City Boxing Club, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. CV 07-04707 JL**
**PAGE 2**

## **ORDER** (Proposed)

It is hereby ordered that the Case Management Conference in civil action number C 07-04707 JL styled *Garden City Boxing Club, Inc. v. Manuel Gonzalez Rodriguez, et al*., is hereby continued from 10:30 am, Wednesday, December 19, 2007, to_____.

The Parties shall file a joint Case Management Statement in advance of the Case Management Conference pursuant to the Local Rules and the Standing Order of this Court.

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

Dated:_____

_____
**THE HONORABLE JAMES LARSON**
**United States District Court**
**Northern District of California**
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S** *EX PARTE* **APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. CV 07-04707 JL**
**PAGE 3**

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On, November 29, 2007, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Manuel Gonzalez Rodriguez  (Defendant)
1161 S. King Rd. #2
San Jose, CA 95122

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on November 29, 2007, at South Pasadena, California.


Dated: November 29, 2007            */s/ Arlene Visio*_____
                                    **ARLENE VISIO**

///

///

///

///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. CV 07-04707 JL**
**PAGE 4**