Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLA@att.net

Attorneys for Plaintiffs
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garden City Boxing Club, Inc. | CASE NO. C 07-04707 JL |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed) |
| vs. | |
| Manuel Gonzalez Rodriguez, et al. | |
| Defendant. | |

Plaintiff Garden City Boxing Club, Inc., hereby applies *ex parte* for an order continuing the initial Case Management Conference in this action, presently set for Wednesday, December 19, 2007 at 10:30 a.m. to a new date approximately forty-five (45) to sixty (60) days forward. This request is necessitated by the fact that Plaintiff is currently attempting to perfect service of process of the suit papers as to the defendant named to this action.

As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

///
///
///
///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. CV 07-04707 JL
PAGE 1

1    **Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Case

2  Management Conference presently scheduled for Wednesday, December 19, 2007 to a new date

3  approximately forty-five (45) to sixty (60) days forward in order that a responsive pleading may be filed

4  by the defendant and Plaintiff's counsel may thereafter confer with the defendant and/or defendant's

5  counsel and thereafter prepare and file a joint Case Management Conference Statement for the Court's

6  review.

7

8                                              Respectfully submitted,

9

10

11

12  Dated: November 29, 2007          _/s/ Thomas P. Riley_
13                                     **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                       By: Thomas P. Riley
14                                     Attorneys for Plaintiff
                                       Garden City Boxing Club, Inc.
15

16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

**PLAINTIFF'S _EX PARTE_ APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. CV 07-04707 JL
PAGE 2**

## **ORDER** (Proposed)

It is hereby ordered that the Case Management Conference in civil action number C 07-04707 JL styled *Garden City Boxing Club, Inc. v. Manuel Gonzalez Rodriguez, et al*., is hereby continued from 10:30 am, Wednesday, December 19, 2007, to _February 20, 2008 @ 10:30 a.m._____.

The Parties shall file a joint Case Management Statement in advance of the Case Management Conference pursuant to the Local Rules and the Standing Order of this Court.

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:


_____      Dated:_____
                                              Deember 6, 2007
**THE HONORABLE JAMES LARSON**
**United States District Court**
**Northern District of California**
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. CV 07-04707 JL**
**PAGE 3**