1 | Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
2 | 1114 Fremont Avenue
South Pasadena, CA 91030
3
Tel: 626-799-9797
4 | Fax: 626-799-9795
TPRLA@att.net
5
Attorneys for Plaintiffs
6 | Garden City Boxing Club, Inc.

7

8 | **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
9

10 | Garden City Boxing Club, Inc. | CASE NO. C 07-04707 JL
11
12 | Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER ~~(Proposed)~~
13 | vs.
14 | Manuel Gonzalez Rodriguez, et al.
15 | Defendant.
16

17
18 |       Plaintiff Garden City Boxing Club, Inc., hereby applies *ex parte* for an order continuing the
19 | initial Case Management Conference in this action, presently set for Wednesday, December 19, 2007 at
20 | 10:30 a.m. to a new date approximately forty-five (45) to sixty (60) days forward. This request is
21 | necessitated by the fact that Plaintiff is currently attempting to perfect service of process of the suit
papers as to the defendant named to this action.
22
23 |       As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims,
24 | discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the
preparation of a Case Management Conference Statement.
25 | ///
26 | ///
27 | ///
28 | ///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. CV 07-04707 JL
PAGE 1**

**Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Wednesday, December 19, 2007 to a new date approximately forty-five (45) to sixty (60) days forward in order that a responsive pleading may be filed by the defendant and Plaintiff's counsel may thereafter confer with the defendant and/or defendant's counsel and thereafter prepare and file a joint Case Management Conference Statement for the Court's review.

Respectfully submitted,

Dated: November 29, 2007          /s/ Thomas P. Riley
                                 **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                 By: Thomas P. Riley
                                 Attorneys for Plaintiff
                                 Garden City Boxing Club, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. CV 07-04707 JL**
**PAGE 2**

**ORDER** (Proposed)

It is hereby ordered that the Case Management Conference in civil action number C 07-04707 JL styled *Garden City Boxing Club, Inc. v. Manuel Gonzalez Rodriguez, et al.*, is hereby continued from 10:30 am, Wednesday, December 19, 2007, to _ February 20, 2008 @ 10:30 a.m. _____.

The Parties shall file a joint Case Management Statement in advance of the Case Management Conference pursuant to the Local Rules and the Standing Order of this Court.

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:


_____          Dated:_____
**THE HONORABLE JAMES LARSON**                    Deember 6, 2007
**United States District Court**
**Northern District of California**
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. CV 07-04707 JL
PAGE 3**