THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 90071

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Garden City Boxing Club, Inc.,** | **CASE NO. C 07-04707 JL** |
| **Plaintiff,** | **PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Proposed)** |
| **vs.** | |
| **Manuel Gonzalez Rodriguez, et al.** | |
| **Defendant.** | |

TO THE HONORABLE JAMES LARSON, DEFENDANT MANUEL GONZALEZ RODRIGUEZ, DEFENDANT, AND HIS ATTORNEY/S OF RECORD:

1.    On September 13, 2007, Plaintiff's Complaint was filed against Defendant Manuel Gonzalez Rodriguez, (hereinafter referred to as "Defendant").

2.    As of this writing, Plaintiff has been unable to serve the suit papers on defendant Manuel Gonzalez Rodriguez, despite multiple attempts otherwise. (Please see the Status Report of the process server attached hereto and

made part of Plaintiff's Exhibit 1).

**WHEREFORE**, Plaintiff respectfully requests that the Court permit an additional thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as Defendant Manuel Gonzalez Rodriguez.

Respectfully submitted,

Date: December 11, 2007      */s/ Thomas P. Riley*
                                                    **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                                    By: Thomas P. Riley, Esquire
                                                    Attorneys for Plaintiff
                                                    Garden City Boxing Club, Inc.

///

///

///

///

///

///

///

///

///

**PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE; AND ORDER (Proposed)**

**PAGE 2**

# ORDER (Proposed)

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

Plaintiff is granted an additional thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as Defendant Manuel Gonzalez Rodriguez where service has not been made or service by publication requested.

**IT IS SO ORDERED**

**HON.** _____ **SON**

United _____ dge
Northe_____ of California

Date: ___December 12, 2007___

///
///
///
///
///
///
///
///
///

**PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING**
**TIME TO COMPLETE SERVICE; AND ORDER (Proposed)**

**PAGE 3**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO : | FOR COURT USE ONLY |
|---|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706 | | (626) 799-9797 | |
| THOMAS P. RILEY, LAW OFFICES OF | | | |
| 1114 FREMONT AVENUE | | tprlaw@att.net | |
| SOUTH PASADENA, CA  91030 | | Ref. No. or File No. | |
| ATTORNEY FOR (Name):    PLAINTIFF | | LOS JARRITOS 9/18/04 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA  95113

PLAINTIFF:

GARDEN CITY BOXING CLUB, INC.

DEFENDANT:

RODRIGUEZ

| DECLARATION RE: DILIGENCE | DATE: | TIME: | DEP T/DIV | CASE NUMBER: C07 04707 JL |
|---|---|---|---|---|

I received the within process on November 28, 2007 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served:   MANUEL GONZALEZ RODRIGUEZ A/K/A LUIS MANUEL GONZALEZ RODRIGUEZ, INDIVIDUALLY AND D/B/A LOS JARRITOS

Residence:   Residence address was not known at the time of service.

Business:   1161 SOUTH KING ROAD, #2, SAN JOSE, CA 95122

As enumerated below:

November 30, 2007   12:15 pm
      BAD ADDRESS (BUSINESS): 1161 SOUTH KING ROAD, #2, SAN JOSE, CA 95122. THIS IS
      LINDO MICHOACAN RESTAURANT, PER OWNER, MARIA VALENCIA, SUBJECT HAS NOT BEEN
      AT THIS ADDRESS FOR OVER A YEAR. NO FORWARDING WAS KNOWN.
December 5, 2007   01:40 pm
      ANGEL AT CLIENTS ADVISED OF STATUS VIA E-MAIL, ASSIGNMENT PLACED ON HOLD.

**Person who served papers**
M. WEEKER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was: $.00
I am: registered California process server.
      Employee or independent contractor
      Registration No.: 617
      County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 10, 2007

M. WEEKER

**DECLARATION REGARDING DILIGENCE**   07/00-Headong

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On December 11, 2007, I served:

**PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Manuel Gonzalez Rodriguez (Defendant)
1161 S. King Rd., #2
San Jose, CA 95122

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 11, 2007, at South Pasadena, California.

Dated: December 11, 2007             */s/ Arlene Visio*
                                     **ARLENE VISIO**

PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE; AND ORDER (Proposed)

PAGE 4